UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21300-BLOOM/Elfenbein

JIU XIANG CHEN,

    Petitioner,

v.

E.K. CARLTON, *Warden of FDC Miami*,
FEDERAL BUREAU OF PRISONS, and U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondents.
_____/

## ORDER TO SHOW CAUSE

Petitioner Jiu Xiang Chen ("Petitioner"), an immigrant detainee, filed an Emergency Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C § 2241. ECF No. [1]. Petitioner challenges the conditions of confinement, denial of necessary and immediate medical care, and treatment for his dermatomyositis interstitial lung disease. *Id.* Petitioner has paid the filing fee. Petitioner named E.K. Carlton, Warden of FDC Miami, Federal Bureau of Prisons, and U.S. Immigration and Customs Enforcement ("ICE") as Respondents in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Counsel for Respondents shall immediately notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. **On or before March 27, 2025**, Respondents shall file a memorandum of fact and law to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (a response to the order to show cause "shall be returned within three days unless for good cause

Case No. 25-cv-21300-BLOOM/Elfenbein

additional time, not exceeding twenty days, is allowed.").

3. Respondents are reminded that it must provide Petitioner full and complete copies of all documents filed in support of its response. *See* Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is part of a pleading for all purposes."); *Rodriguez v Fla. Dep't of Corr.*, 748 F.3d 1073, 1077 (11th Cir. 2014) ("[A]ll documents referenced in the State's answer and filed with the Court must be served on the habeas petitioner.").

4. Petitioner may, but is not required to, file a reply within **seven days** of the date on which the Court dockets the Response. The reply, if any, **shall not exceed ten pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings. *See* S.D. Fla. L.R. 7.1(c); L.R. 5.1(a)(4).

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 20, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record